# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## JUDGMENT IN A CIVIL CASE

**CASE NO.:**

Petitioner,

v.

Respondent.

_____ **JURY VERDICT .**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____ **DECISION BY COURT.**  This action came before the Court.  The matter has been fully submitted and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Date:

Clerk, U.S. District Court

*Christinea Crook*
_____
By: Deputy Clerk